# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CRIMINAL NO. 1:06CR157

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| VS. | ) **ORDER**<br>) |
| NATHAN DOUGLAS HUBBARD | )<br>)<br>) |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing scheduled for Wednesday, February 28, 2007, at 4:00 PM.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing scheduled herein is continued to the Court's next sentencing term.

Signed: February 22, 2007

Lacy H. Thornburg
United States District Judge